# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANTOINE LAMARE LONG SR. | ) | Case No. 3:21-MJ-300 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __8/3/2021__ in the county of __Montgomery__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC s. 841(a)(1)&(b)(1)(C) | possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance |
| 18 USC s. 924(c) | possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

See Attached Affidavit of Dustin Phillips

☑ Continued on the attached sheet.

*Dustin Phillips*
Complainant's signature

Dustin Phillips, TFO of the FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 5, 2021

Peter B. Silvain, Jr.
United States Magistrate Judge

City and state: Dayton, Ohio

## AFFIDAVIT

I, Dustin J. Phillips, a Task Force Officer ("TFO") for both the Federal Bureau of Investigation ("FBI") and City of Dayton Police Department ("DPD"), being duly sworn, depose as follows:

## INTRODUCTION

1. I have been employed as a law enforcement officer for the past thirteen (13) years. I currently serve as a detective with the DPD. I am presently a TFO with the FBI Dayton Resident Office's Safe Streets Task Force (SSTF). As such, I have been sworn under Title 21, United Stated Code ("U.S.C."), Section 878, to serve as an officer of the United States duly empowered to conduct federal criminal investigations and execute arrests for criminal violations of Titles 18 and 21 of the U.S.C.

2. I am also a TFO with the DPD's Major Case/Drug Enforcement Unit within the Narcotics Bureau. Since 2013, in my roles with SSTF and DPD, I have almost exclusively concentrated on the investigation of: narcotics, firearms, and gang-related criminal cases. During my law enforcement career, I have been involved in a large number of firearm-related arrests, executions of search warrants resulting in the seizure of large quantities of narcotics and firearms, participated in undercover narcotics purchases, and supervised the activities of police informants who have provided law enforcement authorities valuable and accurate information and assistance that ultimately resulted in undercover narcotics purchases and apprehensions. During the course of my law enforcement career, I have received an extensive amount of formal and informal training in the investigation of drug trafficking and narcotics-related crimes.

3. This affidavit is submitted in support of a criminal complaint, which seeks the issuance of a federal arrest warrant against **ANTOINE LAMARE LONG SR.** (hereinafter referred to **"LONG"**) for possessing with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), and (b)(1)(C), and possessing a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c).

4. The facts contained in this affidavit are submitted for the express purpose of establishing probable cause to obtain an arrest warrant for **LONG.** This affidavit does not include every fact known to law enforcement authorities relevant to subject investigation.

5. The facts in this affidavit come from my review of records and evidence, my training and experience, and information I have received from other law enforcement officers. I have not distinguished between information of which I have direct and indirect knowledge.

## FACTS

6. On or about August 3, 2021, at approximately 2152 hours, Dayton Police Officers Wayne Hammock and Vincent Carter were working as part of a gun reduction initiative. The objective

of this initiative is to address areas with high violent crime rates which have been identified by recent reported crimes in the City of Dayton.

7. While on patrol, Officer Hammock and Carter observed a maroon Volvo XC70, with Ohio license plate HRG6408, travelling at a high rate of speed, eastbound on Hoover Avenue. Officers attempted to catch up to the vehicle and saw it make e a series of turns, in an apparent attempt to evade the marked police cruiser. The Volvo did not come to a complete stop at the stop sign as it turned from Verona Road to Kammer Avenue. Officers continued to follow the car and activated the overhead lights as well as the audible siren as the Volvo travelled north on Elmhurst Avenue; however, the vehicle did not stop and began actively fleeing from the traffic stop. Members of the Ohio State Highway Patrol were assisting with this operation and provided aerial surveillance as the vehicle fled into the City of Trotwood, Ohio.

8. The vehicle finally came to a stop in the driveway of 6196 Forestdale Avenue, and Officers Hammock and Carter were nearby in their cruiser. They pulled their cruiser into the driveway of this residence as the only occupant of the car, **LONG**, exited the driver's seat and fled into the back yard on foot. Officers chased **LONG**, while giving commands for him to stop; however, he continued to run into a tree line in the back yard of the residence. Officer Hammock was directly behind **LONG** and deployed his taser to stop **LONG** from escaping. **LONG** fell to the ground, and Officer Carter was then able to place him under arrest. As **LONG** was running, Officer Hammock saw he was carrying a small brown bag, which was located on the ground under where **LONG** fell and was handcuffed. Officer Hammock retrieved this bag and found it contained several items of evidentiary value, to wit: approximately 32 grams of suspected cocaine, approximately 14 grams of suspected methamphetamine, approximately 8 grams of suspected fentanyl, a digital scale with suspected drug residue on it, and $601 in US currency. A field test was later conducted on the suspected cocaine and the suspected methamphetamine, both of which tested positive, indicating the presence of cocaine and methamphetamine. No field test was conducted on the suspected fentanyl. An additional search was completed of the vehicle **LONG** fled in and on the driver's side floorboard under the brake and accelerator pedals, Detective Lucas Rose located a Glock 9mm pistol with serial number BEPV646, which was loaded with 18 rounds of ammunition. The drugs, digital scale, US currency, and firearm were all tagged into the Dayton police Department Property room as evidence. **LONG** was not questioned at that time and was booked into the Montgomery County Jail.

9. From my training and experience, drug traffickers often utilize vehicle which are not registered to conduct their business to help shield the trafficker's identity. Firearms are commonly possessed by traffickers as a means of intimidating customers or other traffickers, as well as to protect the trafficker from robbery. I am aware the illegal drugs, namely methamphetamine, are often sold in 1 gram increments. From speaking with multiple users, drugs traffickers, as well as purchasing methamphetamine in an undercover capacity, I am aware that 1 gram of methamphetamine is considered an individual use and commonly sells for approximately $20-$40, and it is not uncommon for dealers to give a discounted price when larger quantities are bought. Further, the presence of a digital scale, which is often used to weigh out illegal narcotics for distribution, supports that **LONG** possessed the narcotics with the intent to distribute. It is also not uncommon for drug traffickers to possess multiple different types of

drugs for sale. Drug trafficking is a largely cash business and it is not uncommon for drug traffickers to be in possession of large sums of money. **LONG** was found to be in possession of $601 when he was arrested.

10. Special Agent ("SA") Christopher Reed of the bureau of Alcohol, Tobacco, Firearms, and Explosives, who specializes in identifying firearms and their origin/place of manufacture, had advised that Glock firearms are not manufactured in Ohio, and as such, the Glock firearm recovered from the vehicle that **LONG** fled from, moved in interstate commerce.

11. Based on the above information provided herein, your Affiant believes that probable cause exists to conclude that on August 3, 2021, **LONG**, while in the Southern District of Ohio: possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and possessed a firearm in furtherance of drug trafficking offense, in violation of 18 U.S.C. § 924(c).

*Dustin Phillips*
_____
Dustin J. Phillips, Task Force Officer
FBI-SSTF Task Force

Subscribed and sworn to before me this 5th th day of August 2021.

_____
Peter B. Silvain, Jr.
United States Magistrate Judge

3