UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:21-cr-100

vs.

ANTOINE LAMARE LONG, SR.,          District Judge Michael J. Newman
                                                              Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

## ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 21)

---

      This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 21.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in count 1 of the Indictment, which charges him with knowingly and intentionally possessing with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).  Doc. No. 10.  The Court will defer the decision of whether to accept the plea agreement until Defendant's sentencing hearing on **March 3, 2022 at 2:00 PM**.

      **IT IS SO ORDERED.**

December 3, 2021                                              s/Michael J. Newman
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge